**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**HAROLD LEE KROMELBEIN,** :

    **Plaintiff,** :
                          Civil Action No. 3:11-CV-1598
    **v.** :

**ENVISION PAYMENT** :        **(JUDGE MANNION)**
**SOLUTIONS, INC.,**
                          :
    **Defendants.**

## ORDER

**IT IS HEREBY ORDERED:**

    **1.)** The motion for summary judgment, (Doc. No. 18), is **GRANTED IN PART** and **DENIED IN PART**.

    **2.)** The motion for summary judgment on plaintiff's 15 U.S.C. §1692d claims will be **DENIED**.

    **3.)** The motion seeking dismissal of plaintiff's claims under 15 U.S.C. §1692e will be **GRANTED** as to the claims concerning the failure to identify the original creditor and the false statement that plaintiff's driver's license was recorded but **DENIED** as to the claims that plaintiff's check writing could be affected and the statement that civil and criminal actions could be filed against plaintiff.

    **4.)** The motion for summary judgment on plaintiff's 15 U.S.C. §1692f claim will be **GRANTED**.

**5.)** The motion for summary judgment on plaintiff's 15 U.S.C. §1692g(a) claim will be **DENIED**.

**6.)** The motion for summary judgment on plaintiff's 15 U.S.C. §1692g(b) claim will be **GRANTED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 1, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1598-01-ORDER.wpd